UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONNELL MCKENZIE,

    Plaintiff,

v.                        Case No. 5:23-cv-32-TKW-MJF

CAPTAIN BELLAMY,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 6). No objections were filed.[1]

Upon due consideration of the R&R the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious under 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(i) based on Plaintiff's failure to disclose his litigation history completely and honestly. *See Burrell v. Moore*, 854 F. App'x 624 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents

---

[1] The Court did not overlook the possibility that Plaintiff did not receive the R&R because it was mailed to him at the Northwest Florida Reception Center on February 10, four days before he filed a notice (Doc. 7) stating that his address changed to the Florida State Prison. However, the Court assumes that the R&R was forwarded to Plaintiff by the prison system because it has been over a month since the R&R was mailed and it has not been returned by the Post Office.

his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury ….").

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §1915(e)(2)(B)(i) and 1915A(b)(1) as malicious.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of March, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**